OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 27, 2005

Edward C. Gill, Esquire
Law Office of Edward C. Gill, P.A.
16 North Bedford Street
P.O. Box 824
Georgetown, DE 19947

David H. Burt, Esquire
E.I. duPont de Nemours & Co., Inc.
1007 Market Street
Legal D-1747
Wilmington, DE 19898

      RE:    George Johnson v. E.I. DuPont De Nemous & Co., Inc.
                Civil Action No. 95-807 JJF

Dear Counsel:

      The Clerks Office is returning and/ or disposing of exhibits located in its storage are, in accordance with the Court's Local Rule 79.1(b)(2). We presently possess trial exhibits for the above referenced case. As this case is closed, we would like to remove these exhibits from our storage area.

      Please advise me no later than June 10, 2005 whether you wish to retrieve the exhibits or have them discarded. I the latter, I will need written consent. Retrieval of the exhibits may be arranged by contacting me at 573-6137.

Very truly yours,
Peter T. Dalleo, Clerk

*Anita Bolton*
Anita Bolton
Courtroom Deputy

Deft. _____ date 1/24/06